# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH M. SISKY, | ) | CASE NO. 5:15-CV-01208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed August 19, 2016, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED**.

                                                s/ *Kenneth S. McHargh*
                                                Kenneth S. McHargh
                                                U.S. Magistrate Judge

Date: August 19, 2016